IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**EMILIO NOYOLA**     **PLAINTIFF**
**REG. #33576-177**

v.     **CASE NO. 2:19-CV-00092 BSM**

**STILES, Physician Assistant,**
**FCI Forrest City, et al.**     **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge J. Thomas Ray's partial recommended disposition [Doc. No. 5] is adopted. Noyola may proceed with his Federal Tort Claims Act claims against the United States and his *Bivens* claims against Lieutenant Elam and Officer Nichols in their individual capacities. Noyola's claims against the Bureau of Prisons and against Elam and Nichols in their official capacities are dismissed with prejudice. His claims against Physician Assistant Stiles, Physician Assistant Ward, and Lieutenant Odems are dismissed without prejudice.

IT IS SO ORDERED this 15th day of October 2019.

                                         /s/ Brian S. Miller
                                       UNITED STATES DISTRICT JUDGE