UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

EMILIO NOYOLA                                                           PLAINTIFF
Reg #33576-177

V.                      No. 2:19CV00092-BSM-JTR

JOHN ELAM, Lieutenant,
FCI Forrest City, *et al.*                                              DEFENDANTS

## ORDER

The Clerk is directed to prepare a summons for Defendants United States, Lieutenant John Elam and Officer Nichols. The United States Marshal is directed to serve the summons, Noyola's Complaint (*Doc. 2*), the Court's Partial Recommended Disposition and Order (*Docs. 5 & 6*), and this Order, on the United States Attorney for the Eastern District of Arkansas and the United States Attorney General, without prepayment of fees and costs or security therefor. If any Defendant is no longer an FCI-Forrest City employee, the individual responding to service must file a **sealed** statement providing the unserved Defendant's last known mailing address.

IT IS SO ORDERED this 16th day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE