IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**EMILIO NOYOLA,**
ADC #33576-177                                                                                      **PLAINTIFF**

v.                              CASE NO. 2:19-CV-00092-BSM

**JOHN ELAM, Lieutenant,**
**FCI FORREST CITY,** *et al.*                                                               **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE